In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00125-CV

                                                ______________________________

 

 

                                           SCOTT
MARTIN, Appellant

 

                                                                V.

 

         MARTIN RESOURCE MANAGEMENT CORPORATION, Appellee

 

 

                                                                                                  


 

 

                                          On Appeal from the County Court at Law II

                                                             Gregg County, Texas

                                                   Trial Court No. 2010-1020-CCL2

 

                                                       
                                           

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Scott
Martin, the sole appellant in this case, has filed a motion seeking to dismiss
his appeal.  Pursuant to Rule 42.1 of the
Texas Rules of Appellate Procedure, his motion is granted.  Tex.
R. App. P. 42.1.

            We
dismiss the appeal.

 

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          January
18, 2012         

Date Decided:             January
19, 2012